IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

v.          CASE NO. 5:09-cr-37-RS-GRJ

**CHASSITY KITCHEN,**

 **Defendant.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 41). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Motion to Dismiss (Doc. 39) is **GRANTED**.

3. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice**.

4. The Certificate of Appealability is **DENIED** as Defendant has not made a substantial showing of the denial of a constitutional right.

5. The clerk is directed to close the civil case.

**ORDERED** on April 29, 2013.

         /S/ Richard Smoak
         **RICHARD SMOAK**
         **UNITED STATES DISTRICT JUDGE**